IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN NATIONAL PROPERTY AND
CASUALTY COMPANY, a foreign insurer,

    Plaintiff,

v.                                                  Case No. 22-cv-0725-KG-JHR

FABIAN T. CARRASCO, SR.,

    Defendant.

### FINAL JUDGMENT AND DECLARATORY JUDGMENT

Having granted Plaintiff American National Property and Casualty Company's Motion for Judgment on the Pleadings in a Memorandum Opinion and Order entered on July 6, 2023, (Doc. 21) and in accordance with Federal Rule of Civil Procedure 58, the Court hereby enters final judgment in favor of American National on its Complaint for Declaratory Judgement (Doc. 1).

IT IS DECLARED that Plaintiff American National owes no duty to defend or indemnify Defendant Fabian T. Carrasco, Sr. and further owes no duty to participate in or contribute to the defense or indemnity of Mr. Carrasco, or to reimburse Mr. Carrasco for any amount that he pays in defense or settlement relative to his alleged shooting of Tiffany Gutierrez and Danette Acosta on May 13, 2017.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE